UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Group 1 Automotive, Inc., et al.,

     Plaintiff(s),       Case No. 20-11258

v.              Honorable Denise Page Hood

Tenneco, Inc, et al.,         Magistrate Judge Michael J. Hluchaniuk

     Defendant(s).
               /

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

  This case appears to be a companion case to Case No. __12-md-02311__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Marianne O. Battani__ and Magistrate Judge _____.

                   s/Denise Page Hood
                   Denise Page Hood
                   United States District Judge

                   s/Marianne O. Battani
                   Marianne O. Battani
                   United States District Judge

  Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
  Case type: __CIVIL__

  If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __June 3, 2020__           s/N. Ahmed
                    Deputy Clerk

cc:   Parties and/or counsel of record
    Honorable Marianne O. Battani